ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD ULYSSES MAXWELL, <br><br> Defendant. | CASE NO. 2:24-CR-00140 KJM <br><br> GOVERNMENT'S MOTION TO DISMISS CHARGES IN THE INDICTMENT AS TO DONALD ULYSSES MAXWELL PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND QUASH ARREST WARRANT |

The United States of America, through its attorney of record, Assistant U.S. Attorney Haddy Abouzeid, hereby moves for an order dismissing the criminal charges contained in the Indictment against defendant Donald Ulysses Maxwell in Case No. 2:24-CR-00140 KJM pursuant to Federal Rule of Criminal Procedure 48(a).

The United States brings this motion in the interests of justice based upon the following facts. According to information from the California Department of Corrections and Rehabilitation (CDCR), Donald Ulysses Maxwell passed away on or about February 5, 2025, while incarcerated in Wasco State Prison.

Accordingly, the United States respectfully moves to dismiss the pending criminal charges against defendant Donald Ulysses Maxwell in Case No. 2:24-CR-00140 KJM, in the interests of justice. Fed. R. Crim. P. 48(a). The government further requests that the Court quash the arrest warrant issued in this matter, as it is now moot.

ERIC GRANT
United States Attorney

Dated: August 15, 2025

/s/ *Haddy Abouzeid*
HADDY ABOUZEID
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD ULYSSES MAXWELL,<br><br>Defendant. | CASE NO. 2:24-CR-00140 KJM<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO DONALD ULYSSES MAXWELL PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND QUASH ARREST WARRANT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:24-CR-00140 KJM against defendant Donald Ulysses Maxwell in the Indictment are hereby DISMISSED without prejudice.

Further, any outstanding arrest warrant issued in this matter is hereby QUASHED as moot.

IT IS SO ORDERED.

DATE: _____

KIMBERLY J. MUELLER.
UNITED STATES DISTRICT JUDGE