```
ERIC GRANT
United States Attorney
ROBERT ABENDROTH
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00140-KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: November 4, 2025 |
| NATASHA ELIZABETH POE-CARPENTER, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 4, 2025, at 10:00 a.m. ECF No. 33.

2. By previous order, this matter was also set for a trial confirmation hearing on January 6, 2026. ECF No. 33.

3. Under the Speedy Trial Act, time has previously been excluded through January 6, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). ECF No. 33.

4. On October 29, 2025, counsel for defendant advised the government that she is currently in a trial in Sacramento County Superior Court and will be unavailable to proceed on November 4, 2025.

5. By this stipulation, the parties now jointly move to vacate the status conference on November 4, 2025, and continue the matter to November 18, 2025, at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  October 30, 2025        ERIC GRANT
                                United States Attorney


                                 /s/ *HADDY ABOUZEID*
                                HADDY ABOUZEID
                                Assistant United States Attorney


Dated:  October 30, 2025         */s/ SHELBY NICOLE ALBERTS*
                                SHELBY NICOLE ALBERTS
                                Counsel for Defendant
                                NATASHA ELIZABETH POE-CARPENTER

                                (*Approved via email 10/30/2025*)

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference is vacated as set forth above, and the matter is continued to November 18, 2025, at 10:00a.m.

FOUND AND ORDERED this ____ day of _____, _____.

                                                        THE HONORABLE KIMBERLY J. MUELLER
                                                        SENIOR UNITED STATES DISTRICT JUDGE